IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| VICTORIA CUNNINGHAM, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cv-00501 |
| | ) | Judge Campbell |
| DEPARTMENT OF CHILDREN SERVICES, et al., | ) | Mag. Judge Frensley |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF CHANGE OF FIRM NAME

COMES NOW the undersigned counsel, and hereby gives notice of a name change for the undersigned's law firm, effective immediately. The new name of the firm is **Hudson, Reed & Christiansen, PLLC**. The address, phone number, and all email addresses remain unchanged.

Respectfully submitted,

**HUDSON, REED & CHRISTIANSEN, PLLC**

By: **/s/ Nicholas C. Christiansen**
**Nicholas C. Christiansen, #30103**
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
nchristiansen@mborolaw.com

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system and/or U.S. Mail, postage prepaid, to:

Connie Reguli
LawCare Family Law Center
1646 Westgate Circle
Suite 101
Brentwood, Tennessee 37027
connie.reguli@lcflc.com

Thomas J. Aumann
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2551
thomas.aumann@ag.tn.gov

this 9th day of December, 2019.

                                              **/s/ Nicholas C. Christiansen**
                                              **Nicholas C. Christiansen**